People v Hinton (2022 NY Slip Op 50948(U))

[*1]

People v Hinton (Daniel)

2022 NY Slip Op 50948(U) [76 Misc 3d 136(A)]

Decided on September 27, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 27, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570580/19

The People of the State of New 
 York, Respondent,  
against
Daniel Hinton, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Jay L. Weiner, J.), rendered June 21, 2019, convicting him, upon his plea of guilty,
of criminal possession of a controlled substance in the seventh degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Jay L. Weiner, J.), rendered June 21, 2019, reversed, on the law, the
accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the seventh-degree criminal possession of a controlled substance
charge (see Penal Law § 220.03) must be dismissed. "The instrument's factual assertions
gave no basis for concluding that the substance defendant possessed was a controlled substance;
that is, an illegal synthetic cannabinoid as listed with precision in Public Health Law §
3306(g), as opposed to one of the many synthetic cannabinoid substances that are not
criminalized in the schedule" (People v Hill, — NY3d —, 2022 NY Slip Op
03930, *3 [2022]). Dismissal of the remaining offense, a violation of the sanitary code, is
appropriate here because the People do not oppose such disposition and there is no outstanding
sentence (id.).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 27, 2022